UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOYCE ADAMS,

    Plaintiff,

vs.                                                  Case No.

GN ENTERPRISES, L.L.C.,
GARNIK, LLC,
BELLEAIR PARTNERS, LLC, and
NICOLA UBALDINI,

    Defendants.
_____/

## NOTICE OF AND PETITION FOR REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, 1446 and Local Rule 4.02(b), Defendants, GN ENTERPRISES, LLC, GARNIK, LLC, BELLEAIR PARTNERS, LLC, and NICOLA UBALDINI (collectively, "Defendants"), hereby remove Case No. 19-007111-CI-07 from the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida, on the following grounds:

    1.     On or about October 25, 2019, Plaintiff commenced a civil action against Defendants in the Circuit Court of the Sixth Judicial Circuit, in and for Pinellas County, Florida. The defendants, GN Enterprises, LLC, Garnick, LLC, and Belleair Partners, LLC were served with the Complaint and Demand for Jury Trial on or about November 1, 2019. As composite Exhibit A, pursuant to Local Rule 4.02(b), Defendants have attached all papers on file with the state court.

    2.     The defendants, GN Enterprises, LLC, Garnick, LLC, and Belleair Partners, have thirty (30) days from November 1, 2019, the date of service of the

Complaint and Demand for Jury Trial, to file their Notice of Removal. Therefore, this Notice of Removal is timely filed within thirty (30) days of service of the Complaint, as required by 28 U.S.C. §§ 1446(b).

3. The Complaint and Demand for Jury Trial is a single count complaint that seeks unpaid wages pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*. Accordingly, this Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1331 because Plaintiff's claims raise issues of federal law.

4. Defendants are giving notice of this filing concurrently to the Clerk of the Circuit Court of the Sixth Judicial Circuit, in and for Pinellas County, Florida.

WHEREFORE, Defendants file this Notice of and Petition for Removal of this case from the Circuit Court of the Sixth Judicial Circuit, in and for Pinellas County, Florida, in which the case is now pending, to the United States District Court for the Middle District of Florida, Tampa Division.

Respectfully Submitted:

JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, L.L.P.

By: /s/ *Joan M. Vecchioli*
Joan M. Vecchioli
FBN 0614394
Primary: joanv@jpfirm.com
Secondary: cherylp@jpfirm.com
Rachael L. Wood
FBN 0054102
Primary: rachaelw@jpfirm.com
Secondary: susanu@jpfirm.com
911 Chestnut Street
Clearwater, Florida 33756
727-461-1818 / 727-441-8617 Fax
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by regular U.S. Mail to David Blum, Esquire, Post Office Box 7624, Seminole, FL 33775 and W. John Gadd, Esquire, 2727 Ulmerton Road, Suite 250, Clearwater, FL 33762, this 20th day of November 2019.

                JOHNSON, POPE, BOKOR,
                RUPPEL & BURNS, L.L.P.

                By:   /s/ *Joan M. Vecchioli*
                          Joan M. Vecchioli
                          FBN 0614394
                          Primary: joanv@jpfirm.com
                          Secondary: cherylp@jpfirm.com
                          Rachael L. Wood
                          FBN 0054102
                          Primary: rachaelw@jpfirm.com
                          Secondary: susanu@jpfirm.com
                          911 Chestnut Street
                          Clearwater, Florida 33756
                          727-461-1818 / 727-441-8617 Fax
                          Attorneys for Defendants

5922899_1